Thursday, June 22, 2017

No. 16–0546/AF. U.S. v. Rodney B. Boyce. CCA 38673. On consideration of Appellee's petition for reconsideration of this Court's decision, 76 M.J. 242 (C.A.A.F. 2017), and the motion filed by Protect Our Defenders to file an *amicus curie* brief out of time in support of Appellee's petition for reconsideration, it is ordered that said motion filed by Protect Our Defenders to file an *amicus curiae* brief out of time is hereby denied, and said petition for reconsideration is hereby denied.

No. 17–0373/AR. U.S. v. David M. Ozoskey. CCA 20160085. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted, and the decision of the United States Army Court of Criminal Appeals is affirmed.

No. 17–0323/AR. U.S. v. Antonio T. Moore. CCA 20140875. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issue:

> WHETHER THE ARMY COURT OF CRIMINAL APPEALS ERRONE-
> OUSLY FOUND THERE WAS NO REASONABLE POSSIBILITY THE
> IMPROPER PROPENSITY INSTRUCTION INVALIDATED BY THIS
> COURT IN *UNITED STATES v. HILLS*, 75 M.J. 360 (C.A.A.F. 2016),
> COULD HAVE AFFECTED THE PANEL'S GUILTY FINDING FOR
> SPECIFICATION 1 OF ADDITIONAL CHARGE I.

No briefs will be filed under Rule 25.

No. 17–0347/AF. U.S. v. Robert L. Honea III. CCA 38905. Appellant's motion to extend time to file a brief is granted to July 11, 2017.